# EXHIBIT 1

Electronically FILED by Superior Court of California, County of Riverside on 09/14/2023 04:40 PM
Case Number CVRI2304840 0000070245270 - Jason B. Galkin, Executive Officer/Clerk of the Court By Courtney Flores, Clerk

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
JACOBY & MEYERS ATTORNEYS LLP
JAKE DOUGLASS, SBN. 290074,
BRANDON C. SHIENER, SBN. 327303, JUBIN J. NIAMEHR, SBN. 266794
10900 Wilshire Boulevard, 15th Floor Los Angeles, California 90024

TELEPHONE NO: (310) 312-3300 FAX NO. *(Optional):* (310) 715-8331
E-MAIL ADDRESS *(Optional):* jdouglass@jacobyandmeyers.com
ATTORNEY FOR *(Name):* Plaintiff Andrea Aguayo

*FOR COURT USE ONLY*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**
STREET ADDRESS: 4050 Main St
MAILING ADDRESS: 4050 Main St
CITY AND ZIP CODE: Riverside, CA ~~92570~~ 92501
BRANCH NAME: Riverside Historic Courthouse

PLAINTIFF: ANDREA AGUAYO, an individual
DEFENDANT: WALMART, INC., a corporation, and
[X] DOES 1 TO 10 Inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] **AMENDED *(Number):***
**Type *(check all that apply):***
[ ] **MOTOR VEHICLE** [X] **OTHER *(specify):*** Premises Liability
[ ] **Property Damage** [ ] **Wrongful Death**
[X] **Personal Injury** [ ] **Other Damages *(specify):***

CASE NUMBER: CVRI2304840

**Jurisdiction** *(check all that apply):*
[ ] **ACTION IS A LIMITED CIVIL CASE**
Amount demanded [ ] does not exceed $10,000
[ ] exceeds $10,000, but does not exceed $25,000
[X] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
[ ] **ACTION IS RECLASSIFIED by this amended complaint**
[ ] **from limited to unlimited**
[ ] **from unlimited to limited**

1. **Plaintiff** *(name or names):* ANDREA AGUAYO, an individual
alleges causes of action against **defendant** *(name or names):*
WALMART, INC., a corporation, and DOES 1 to 10, Inclusive
2. This pleading, including attachments and exhibits, consists of the following number of pages: 4 (four)
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

| SHORT TITLE: ANDREA AGUAYO v. Walmart, Inc., et al. | CASE NUMBER: CVRI2304840 |
|---|---|

4. [ ] Plaintiff *(name):*
is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. [X] **except** defendant *(name):* WALMART, INC.
   - (1) [ ] a business organization, form unknown
   - (2) [X] a corporation
   - (3) [ ] an unincorporated entity *(describe):*
   - (4) [ ] a public entity *(describe):*
   - (5) [ ] other *(specify):*

b. [ ] **except** defendant *(name):*
   - (1) [ ] a business organization, form unknown
   - (2) [ ] a corporation
   - (3) [ ] an unincorporated entity *(describe):*
   - (4) [ ] a public entity *(describe):*
   - (5) [ ] other *(specify):*

c. [ ] **except** defendant *(name):*
   - (1) [ ] a business organization, form unknown
   - (2) [ ] a corporation
   - (3) [ ] an unincorporated entity *(describe):*
   - (4) [ ] a public entity *(describe):*
   - (5) [ ] other *(specify):*

d. [ ] **except** defendant *(name):*
   - (1) [ ] a business organization, form unknown
   - (2) [ ] a corporation
   - (3) [ ] an unincorporated entity *(describe):*
   - (4) [ ] a public entity *(describe):*
   - (5) [ ] other *(specify):*

[ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

a. [X] Doe defendants *(specify Doe numbers):* 1 to 10 were the agents or employees of other named defendants and acted within the scope of that agency or employment.

b. [X] Doe defendants *(specify Doe numbers):* 1 to 10 are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because

a. [X] at least one defendant now resides in its jurisdictional area.

b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.

c. [X] injury to person or damage to personal property occurred in its jurisdictional area.

d. [ ] other *(specify):*

9. [ ] Plaintiff is required to comply with a claims statute, **and**

a. [ ] has complied with applicable claims statutes, **or**

b. [ ] is excused from complying because *(specify):*

| SHORT TITLE: ANDREA AGUAYO v. Walmart, Inc., et al. | CASE NUMBER: CVRI2304840 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

a. ☐ Motor Vehicle
b. ☐ General Negligence
c. ☐ Intentional Tort
d. ☐ Products Liability
e. ☒ Premises Liability
f. ☐ Other *(specify):*

11. Plaintiff has suffered
a. ☒ wage loss
b. ☐ loss of use of property
c. ☒ hospital and medical expenses
d. ☒ general damage
e. ☐ property damage
f. ☒ loss of earning capacity
g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
a. ☐ listed in Attachment 12.
b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
a. (1) ☒ compensatory damages
(2) ☐ punitive damages
The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
(1) ☒ according to proof
(2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
5, 8

Date: September 14, 2023

Jake Douglass, Esq.
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY)



**11/6/2023**

PLD-PI-001(4)

| SHORT TITLE: ANDREA AGUAYO v. Walmart, Inc., et al. | CASE NUMBER: CVRI2304840 |
|---|---|

FIRST (number) **CAUSE OF ACTION—Premises Liability** Page 4

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. *(name):* ANDREA AGUAYO

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date):* September 17, 2021 plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*

Plaintiff Andrea Aguayo was lawfully located at the subject premises, which was the Walmart located at 29260 Central Ave, in Lake Elsinore, CA, as a customer at Defendant s store. Plaintiff Andrea Aguayo slipped and fell on a clear liquid that, upon information and belief, was water or a similar liquid substance. Defendants Walmart, Inc. and DOE Managers 1 to 10 owned, leased, occupied, managed, and or controlled the subject premises, including the floor where Plaintiff fell, and was negligent in the use or maintenance of the property. Defendants knew, or should have known, of the dangerous condition of the floor, and failed to properly warn customers, including Plaintiff. As a result, Plaintiff sustained personal injuries.

Prem.L-2. [X] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*

Walmart, Inc. and DOES 1 to 10. Through her attorney, Plaintiff requested the names of Walmart s manager to name in the Complaint from Defendant Walmart, Inc., but Defendant Walmart, Inc. refused to provide the name of any managers. Plaintiff hereby sues the manager(s), who are California residents, as DOES 1-10.

[X] Does 1 to 10

Prem.L-3. [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

[ ] Does ______ to ______

Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4. [ ] ***C u t Three Da er us C diti f Public Pr perty*** *The defendants who owned public property on which a dangerous condition existed were (names):*

[ ] Does ______ to ______

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.

b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5.a. [ ] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

[ ] Does ______ to ______

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [ ] as follows *(names):*



**11/6/2023**

20231106100001888001



Electronically FILED by Superior Court of California, County of Riverside on 09/14/2023 08:46 AM
Case Number CVRI2304840 0000070245271 - Jason B. Galkin, Executive Officer/Clerk of the Court By Courtney Flores, Clerk

**CM-010**

TTORN Y OR P RTY WITHO T TTORN Y ( ame State Bar number and address):
Jake Douglass (SBN 290074); Brandon C. Shiener (SBN 327303)
Jubin J. Niamehr (SBN 266794)
JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor, Los Angeles, CA 90024
T L PHON NO.: 310-312-3300 F NO.: 310-715-8331
TTORN Y FOR ( ame): Plaintiff Andrea Aranda Aguayo

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STR T DDR SS: 4050 Main Street
M ILING DDR SS: 4050 Main Street
CITY ND IP COD : Riverside, CA 92501
BR NCH N M : Riverside Historic Courthouse

C S N M :
Andrea Aguayo v Walmart, Inc. et. al.

**CIVIL CASE COVER SHEET**

☑ Unlimited ( mount demanded e ceeds , ) ☐ Limited ( mount demanded is , or less)

**Complex Case Designation**

☐ Counter ☐ Joinder

Filed with first appearance by defendant (Cal. Rules of Court, rule . )

C S N MB R: CVRI2304840

J DG :

D PT:

Items below must be completed (see instructions on page ).

1. Check **one** bo below for the case type that best describes this case:

**Auto Tort**
- ☐ uto ( )
- ☐ ninsured motorist ( )

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ sbestos ( )
- ☐ Product liability ( )
- ☐ Medical malpractice ( )
- ☑ Other PI PD WD ( )

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort unfair business practice ( )
- ☐ Civil rights ( )
- ☐ Defamation (1 )
- ☐ Fraud (1 )
- ☐ Intellectual property (1 )
- ☐ Professional negligence ( )
- ☐ Other non PI PD WD tort ( )

**Employment**
- ☐ Wrongful termination ( )
- ☐ Other employment (1 )

**Contract**
- ☐ Breach of contract warranty ( )
- ☐ Rule . collections ( )
- ☐ Other collections ( )
- ☐ Insurance coverage (1 )
- ☐ Other contract ( )

**Real Property**
- ☐ minent domain Inverse condemnation (1 )
- ☐ Wrongful eviction ( )
- ☐ Other real property ( )

**Unlawful Detainer**
- ☐ Commercial ( 1)
- ☐ Residential ( )
- ☐ Drugs ( )

**Judicial Review**
- ☐ sset forfeiture ( )
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate ( )
- ☐ Other judicial review ( )

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ ntitrust Trade regulation ( )
- ☐ Construction defect (1 )
- ☐ Mass tort ( )
- ☐ Securities litigation ( )
- ☐ nvironmental To ic tort ( )
- ☐ Insurance coverage claims arising from the above listed provisionally comple case types ( 1)

**Enforcement of Judgment**
- ☐ nforcement of judgment ( )

**Miscellaneous Civil Complaint**
- ☐ RICO ( )
- ☐ Other complaint (not specified above) ( )

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance ( 1)
- ☐ Other petition (not specified above) ( )

. This case ☐ is ☑ is not comple under rule . of the California Rules of Court. If the case is comple , mark the factors re uiring e ceptional judicial management:

a. ☐ Large number of separately represented parties
b. ☐ tensive motion practice raising difficult or novel issues that will be time consuming to resolve
c. ☐ Substantial amount of documentary evidence
d. ☐ Large number of witnesses
e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. ☐ Substantial postjudgment judicial supervision

. Remedies sought (chec all that apply): a. ☑ monetary b. ☐ nonmonetary declaratory or injunctive relief c. ☐ punitive

. Number of causes of action (specify): 1 (Premises Liability)

. This case ☐ is ☑ is not a class action suit.

. If there are any known related cases, file and serve a notice of related case. (You may use form CM .)

Date: September 14, 2023

Jake Douglass
(TYP OR PRINT N M )

(SIGNATURE OF PARTY OR TTORN Y FOR P RTY)

**NOTICE**

- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (e cept small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule . .) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet re uired by local court rule.
- If this case is comple under rule . et se . of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- nless this is a collections case under rule . or a comple case, this cover sheet will be used for statistical purposes only.





11/6/2023

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** *If you are filing a first paper (for e ample, a complaint) in a civil case, you* **must** *complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through on the sheet. In item 1, you must check* **one** *bo for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the bo that best indicates the* **primary** *cause of action. To assist you in completing the sheet, e amples of the cases that belong under each case type in item 1 are provided below. cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules . and . of the California Rules of Court.*

**To Parties in Rule 3.740 Collections Cases.** *"collections case" under rule . is defined as an action for recovery of money owed in a sum stated to be certain that is not more than , , e clusive of interest and attorney's fees, arising from a transaction in which property, services, or money was ac uired on credit. collections case does not include an action seeking the following: (1) tort damages, ( ) punitive damages, ( ) recovery of real property, ( ) recovery of personal property, or ( ) a prejudgment writ of attachment. The identification of a case as a rule . collections case on this form means that it will be e empt from the general time for service re uirements and case management rules, unless a defendant files a responsive pleading. rule . collections case will be subject to the re uirements for service and obtaining a judgment in rule . .*

**To Parties in Complex Cases.** *In comple cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is comple . If a plaintiff believes the case is comple under rule . of the California Rules of Court, this must be indicated by completing the appropriate bo es in items 1 and . If a plaintiff designates a case as comple , the cover sheet must be served with the complaint on all parties to the action. defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter designation that the case is not comple , or, if the plaintiff has made no designation, a designation that the case is comple .*

### CASE TYPES AND EXAMPLES

**Auto Tort**
- *uto ( ) Personal Injury Property Damage Wrongful Death*
- *ninsured Motorist ( ) (if the case involves an uninsured motorist claim subject to arbitration chec this item instead of uto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- *sbestos ( )*
  - *sbestos Property Damage*
  - *sbestos Personal Injury Wrongful Death*
- *Product Liability (not asbestos or toxic environmental) ( )*
- *Medical Malpractice ( )*
  - *Medical Malpractice Physicians Surgeons*
  - *Other Professional Health Care Malpractice*
- *Other PI PD WD ( )*
  - *Premises Liability (e.g., slip and fall)*
  - *Intentional Bodily Injury PD WD (e.g., assault, vandalism)*
  - *Intentional Infliction of motional Distress*
  - *Negligent Infliction of motional Distress*
  - *Other PI PD WD*

**Non-PI/PD/WD (Other) Tort**
- *Business Tort nfair Business Practice ( )*
- *Civil Rights (e.g., discrimination, false arrest) (not civil harassment) ( )*
- *Defamation (e.g., slander, libel) (1 )*
- *Fraud (1 )*
- *Intellectual Property (1 )*
- *Professional Negligence ( )*
  - *Legal Malpractice*
  - *Other Professional Malpractice (not medical or legal)*
- *Other Non PI PD WD Tort ( )*

**Employment**
- *Wrongful Termination ( )*
- *Other mployment (1 )*

**Contract**
- *Breach of Contract Warranty ( )*
  - *Breach of Rental Lease*
    - *Contract (not unlawful detainer or wrongful eviction)*
  - *Contract Warranty Breach Seller Plaintiff (not fraud or negligence)*
  - *Negligent Breach of Contract Warranty*
  - *Other Breach of Contract Warranty*
- *Collections (e.g., money owed, open book accounts) ( )*
  - *Collection Case Seller Plaintiff*
  - *Other Promissory Note Collections Case*
- *Insurance Coverage (not provisionally complex) (1 )*
  - *uto Subrogation*
  - *Other Coverage*
- *Other Contract ( )*
  - *Contractual Fraud*
  - *Other Contract Dispute*

**Real Property**
- *minent Domain Inverse Condemnation (1 )*
- *Wrongful viction ( )*
- *Other Real Property (e.g., uiet title) ( )*
  - *Writ of Possession of Real Property*
  - *Mortgage Foreclosure*
  - *uiet Title*
  - *Other Real Property (not eminent domain landlord tenant or foreclosure)*

**Unlawful Detainer**
- *Commercial ( 1)*
- *Residential ( )*
- *Drugs ( ) (if the case involves illegal drugs chec this item otherwise report as Commercial or Residential)*

**Judicial Review**
- *sset Forfeiture ( )*
- *Petition Re: rbitration ward (11)*
- *Writ of Mandate ( )*
  - *Writ dministrative Mandamus*
  - *Writ Mandamus on Limited Court Case Matter*
  - *Writ Other Limited Court Case Review*
- *Other Judicial Review ( )*
  - *Review of Health Officer Order*
  - *Notice of ppeal Labor Commissioner ppeals*

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- *ntitrust Trade Regulation ( )*
- *Construction Defect (1 )*
- *Claims Involving Mass Tort ( )*
- *Securities Litigation ( )*
- *nvironmental To ic Tort ( )*
- *Insurance Coverage Claims (arising from provisionally complex case type listed above) ( 1)*

**Enforcement of Judgment**
- *nforcement of Judgment ( )*
  - *bstract of Judgment (Out of County)*
  - *Confession of Judgment (non domestic relations)*
  - *Sister State Judgment*
  - *dministrative gency ward (not unpaid taxes)*
  - *Petition Certification of ntry of Judgment on npaid Ta es*
  - *Other nforcement of Judgment Case*

**Miscellaneous Civil Complaint**
- *RICO ( )*
- *Other Complaint (not specified above) ( )*
  - *Declaratory Relief Only*
  - *Injunctive Relief Only (non harassment)*
  - *Mechanics Lien*
  - *Other Commercial Complaint Case (non tort non complex)*
  - *Other Civil Complaint (non tort non complex)*

**Miscellaneous Civil Petition**
- *Partnership and Corporate Governance ( 1)*
- *Other Petition (not specified above) ( )*
  - *Civil Harassment*
  - *Workplace Violence*
  - *lder Dependent dult buse*
  - *lection Contest*
  - *Petition for Name Change*
  - *Petition for Relief From Late Claim*
  - *Other Civil Petition*



**11/6/2023**

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

☐ **BANNING** 311 E. Ramsey St., Banning, CA 92220
☐ **BLYTHE** 265 N. Broadway, Blythe, CA 92225
☐ **HEMET** 880 N. State St., Hemet, CA 92543
☐ **MORENO VALLEY** 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553
☐ **MURRIETA** 30755-D Auld Rd., Suite 1226, Murrieta, CA 92563
☐ **PALM SPRINGS** 3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262
☒ **RIVERSIDE** 4050 Main St., Riverside, CA 92501

**RI-CI032**

ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name, State Bar Number and ddress)*
*J DOUGL SS SB*
*BR DO C. SHI R SB . JUBI J. I M HR SB .*
*J COBY M Y RS TTOR YS LLP*
*Wilshire Boulevard th Floor Los ngeles California*

TELEPHONE NO: FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*: *jdouglass jacobyandmeyers.com*
ATTORNEY FOR *(Name)*: *Plaintiff DR GU YO*

FOR CO RT S ONLY

PLAINTIFF PETITIONER: *DR GU YO*

DEFENDANT RESPONDENT: *W LM RT I C. et. al.*

CASE NUMBER: CVRI2304840

## CERTIFICATE OF COUNSEL

The undersigned certifies that this matter should be tried or heard in the court identified above for the reasons specified below:

☒ The action arose in the zip code of: ____________

☐ The action concerns real property located in the zip code of: ____________

☐ The Defendant resides in the zip code of: ____________

For more information on where actions should be filed in the Riverside County Superior Courts, please refer to Local Rule 1.0015 at www.riverside.courts.ca.gov.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date *September*

*Ja e Douglass s .*
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY MAKING DECLARATION)

▶ ____________ (SIGNATURE)